LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
  1420 E. Cooley Dr., Suite 100
  Colton, California 92324
  Telephone: (909) 796-4560
  Facsimile:  (909) 796-3402
  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALLEN BERNARDO, ) | No.  EDCV 11-133 PLA |
| ) | |
|  Plaintiff, ) | ORDER AWARDING EAJA FEES |
| ) | |
|  v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|  Defendant. ) | |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED FIFTY SEVEN DOLLARS AND 61/100 ($1,857.61) subject to the terms of the stipulation.

 DATE:  March 14, 2012    _____
                HON. PAUL L. ABRAMS
                UNITED STATES MAGISTRATE JUDGE